# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

XIRUI SHI,

        Petitioner

             v.

THE COURT OF COMMON PLEAS OF
ALLEGHENY COUNTY,

        Respondent

: No. 2 WM 2023
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 3rd day of April, 2023, the Application for Leave to File Original Process is GRANTED. The Petition for Writ of Mandamus, the Application for Stay, and the Petition for Writ of Prohibition are DENIED.